**Louis CARROLL, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE; et al., Defendants–Appellees.**

No. 01–55005.

D.C. No. CV–99–08207–FMC.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 15, 2001.

Before BROWNING, KLEINFELD, and McKEOWN, Circuit Judges.

MEMORANDUM**

Louis Carroll, Jr. appeals pro se the district court's summary judgment in favor of defendants in his *Bivens* action, which alleged that United States Postal Service inspectors violated his constitutional rights during a mail fraud investigation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a summary judgment, *Lite–On Peripherals, Inc. v. Burlington Aire Express, Inc.,* 255 F.3d 1189, 1192 (9th Cir.2001), and we affirm.

The district court did not err by granting summary judgment. The six USPS inspectors were entitled to qualified im-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

munity because they acted as reasonable officers under the circumstances of conducting a mail fraud investigation. *See LaLonde v. County of Riverside,* 204 F.3d 947, 953 (9th Cir.2000).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.